IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLEN LEYMAN et al., *Plaintiffs,* v. ECONOMY FIRE & CASUALTY COMPANY, *Defendant.* | CIVIL ACTION NO. 23-3458 |

## ORDER

**AND NOW**, this 27th day of November 2023, upon consideration of Economy Fire's Motion to Dismiss (ECF 7), Plaintiffs' Proposed Second Amended Complaint (ECF 9) and Response (ECF 11), and Economy Fire's Reply (ECF 12), it is hereby **ORDERED** that Economy Fire's Motion is **GRANTED**. Count II against Economy Fire is **DISMISSED with prejudice**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.